IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr72-MHT
                            )            (WO)
JESSE MORGAN HINSON         )
```

SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE

In accordance with the terms of supervised release set forth in the judgment entered today, it is ORDERED that, upon commencement of supervised release, and no longer than 60 days from the start of supervised release, the probation department shall:

(1) Arrange for defendant Jesse Morgan Hinson to receive a psychiatric evaluation to determine whether non-habit-forming psychopharmaceutical intervention would be beneficial to him; and assist defendant Hinson with accessing any recommended medication.

(2) Arrange for defendant Hinson to participate in individual and/or group therapeutic interventions to address personality features that may be contributing to his substance use, gambling, and recidivistic behaviors.  Specifically, the probation officer should

arrange for a Dialectical Behavioral Therapy (DBT) program to address issues of substance use, mood dysregulation, impulse control, and antisocial behaviors; and for Cognitive Behavioral Therapy (CBT) directed at increasing coping skills in order to prevent relapse by addressing the root causes of his substance use patterns.

It is further ORDERED that, within 90 days of the commencement of supervised release, the probation department shall file a report on the status of the arrangements required above and on how defendant Hinson is faring.

It is further ORDERED that the probation officer shall provide a copy of the psychological evaluation by Dr. McLendon W. Garrett (Doc. 25-2) to each mental-health provider in advance of any evaluation or treatment.

DONE, this the 14th day of September, 2023.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**